UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KATHY L. ODOM, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00039-SKL |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT

Pursuant to and consistent with the accompanying agreed order, (1) the parties' joint motion for remand [Doc. 24] is **GRANTED**, (2) Plaintiff's motion for judgment on the pleadings [Doc. 20] is **DENIED AS MOOT**, (3) the Commissioner's decision denying Plaintiff benefits is **REVERSED AND REMANDED** for further administrative proceedings, and (4) this case is **CLOSED**.

SO ORDERED.

:

s/John L. Medearis
John L. Medearis
CLERK OF COURT